IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MATERRIES TRAYLOR,            )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:26cv355-MHT
                              )            (WO)
YASHANA L. ADAMS, et al.,     )
                              )
     Defendants.              )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in an Alabama prison, filed this lawsuit contending that defendants violated his constitutional rights through the disciplinary process, custody recommendations, failing to award "good time" credits, and failing to follow the correction's department's policies and handbook. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a notice directing plaintiff to pay the filing fee or file a motion to proceed in forma pauperis. There are no

objections to the recommendation.   After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of July, 2026.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2