IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MATERRIES TRAYLOR,             )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         2:26cv355-MHT
                               )            (WO)
YASHANA L. ADAMS, et al.,      )
                               )
     Defendants.               )

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failure to comply with a notice directing him to pay the filing fee or file a motion to proceed in forma pauperis, and for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of July, 2026.

　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　UNITED STATES DISTRICT JUDGE